IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN COREY McNABB, #236182, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-CV-224-MEF |
| ) | [WO] |
| ) | |
| DAVID WISE, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

It is a rule of this court that if, after considering a prisoner's affidavit in support of a request for leave to proceed *in forma pauperis*, it is determined that the prisoner is financially able to pay the requisite filing fee, he must do so. Upon consideration of the fact that the petitioner had $206.48 in his prison account at the time he filed this petition, it is the opinion of the Magistrate Judge that the petitioner is able to pay the $5.00 filing fee. Accordingly, it is

ORDERED that on or before April 15, 2008 the petitioner shall forward to the Clerk of this Court the $5.00 filing fee. It is further

ORDERED that except to the extent that payment is required under this order the petitioner's motion for leave to proceed *in forma pauperis* is hereby GRANTED.

Done this 31st day of March, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE