```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004649
Cashier ID: christin
Transaction Date: 04/09/2008
Payer Name: ST CLAIR CORR FACILITY
-----------------------------------
WRIT OF HABEAS CORPUS
  For: Ruben Corey McNabb
  Case/Party: D-ALM-1-08-CV-000224-001
  Amount:         $5.00
-----------------------------------
CHECK
  Remitter: ST CLAIR CO
  Check/Money Order Num: 37580
  Amt Tendered:   $5.00
-----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```