**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Wise, Warden
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

08cv224  Pet. + (s) op

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _David W Cof_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Harold W. Cofl       4-11-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7007 1490 0000 0024 7656

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540