IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN COREY MCNABB, ) <br> AIS #236182 ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> DAVID WISE, et al., ) <br> ) <br> Respondents. ) | CIVIL ACTION NO. <br> 1:08-CV-224-MEF |

**MOTION FOR ENLARGEMENT OF TIME**

Come now the Respondents to move the Court for an additional twenty (20) days to file its response to the petition.

The Respondents had other filings due during this period. Additionally, records for this case have to be obtained from Archives and Respondents have not had sufficient time to address issues raised by McNabb.

Respondents respectfully request that the Court grant the addition time in which to file the Response.

Respectfully submitted,

Troy King – KIN047
*Attorney General*
State of Alabama

s/James B. Prude
James B. Prude (PRU005)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants to the address listed on the Department of Corrections' website:  Ruben Corey McNabb, AIS #236182, St. Clair Correctional Facility, 1000 St. Clair Rd., Springville, Al 35146.

                                                s/James B. Prude
                                                James B. Prude (PRU005)
                                                Office of the Attorney General
                                                Alabama State House
                                                11 South Union
                                                Montgomery, AL  36130-0152
                                                Telephone:  (334) 242-7300
                                                Fax:  (334) 242-2848
                                                E-Mail:  JPrude@ago.state.al.us

635982/120611-001