IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBEN COREY McNABB, #236182, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08-CV-224-MEF |
| | ) | |
| DAVID WISE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on

May 1, 2008 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from May 1, 2008 to

and including May 21, 2008 to file their answer in accordance with the directives of the

order entered on April 10, 2008 (Court Doc. No. 5).

Done this 1st day of May, 2008.

＿＿＿＿＿＿＿＿/s/ Charles S. Coody＿＿＿＿＿＿＿＿＿＿

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE