IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBEN COREY MCNABB, AIS #23612 | ) ) | |
| Petitioner, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) ) | 1:08-CV-224-MEF |
| DAVID WISE, ET AL., | ) ) ) | |
| Respondents. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and David Wise, Respondents in the above-captioned matter, and in accordance with the order of this Court, to make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047, states that:

Troy King and David Wise, named parties to the above-captioned case as required under 28 U.S.C. § 2242 and Rule 2(a) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases and, accordingly, have been sued by McNabb in their official capacities. Neither the Attorney General nor David Wise

has any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

/s/James B. Prude
James B. Prude (PRU005)
Counsel for David Wise, Warden of the St. Clair Correctional Facility and Troy King, Alabama Attorney General
 Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants to the address listed on the Department of Corrections' website:  Ruben McNabb, AIS #236182, St. Clair Correctional Facility, 1000 St. Clair Rd, Springville, AL 35146-9790.

                                                 s/James B. Prude
                                                 James B. Prude (PRU005)
                                                 Office of the Attorney General
                                                 Alabama State House
                                                 11 South Union
                                                 Montgomery, AL  36130-0152
                                                 Telephone:  (334) 242-7300
                                                 Fax:  (334) 242-2848
                                                 E-Mail:  JPrude@ago.state.al.us

644229/120611-001