IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN COREY McNABB, #236182, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-CV-224-MEF |
| ) | |
| DAVID WISE, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the answer filed by the respondents on May 21, 2008 (Court Doc. No. 11), and for good cause, it is

ORDERED that on or before June 2, 2008 the respondents shall file a supplement to their answer which contains copies of all state court records and opinions relevant to the disposition of the petitioner's second Rule 32 petition.

Done this 22nd day of May, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE