IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN COREY McNABB, #236182, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08-CV-224-MEF |
| ) | |
| DAVID WISE, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon consideration of the motion to submit exhibits filed by the respondents on May 23, 2008 (Court Doc. No. 14), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 23rd day of May, 2008.

                                            /s/ Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE