IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN COREY McNABB, #236182, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 1:08-CV-224-MEF |
| ) | |
| DAVID WISE, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before September 8, 2008 the respondents shall supplement the record with certified copies of the three prior Florida felony convictions for possession with intent to sell on which the trial court relied to enhance McNabb's sentence as referenced in such court's September 4, 2007 order (Court Doc. No. 14-13 at 8).[1]

Done this 18th day of August, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

---

[1] The three possession of cocaine with intent to sell convictions imposed by Orange County, Florida are likewise identified in the Notice to Defendant of Previous Convictions provided to the petitioner on March 18, 2004 (Court Doc. No. 17-3 at 26).