# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBEN COREY MCNABB, | ) | |
| AIS #23612 | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:08-CV-224-MEF |
| | ) | |
| DAVID WISE, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF FILING EXHIBITS

Come now Respondents, by and through the Attorney General of Alabama, in accordance with this Court's Order of August 18, 2008, to supplement the record with documents of the three previous convictions from Florida that the state trial court relied upon in its September 4, 2007 Order to uphold McNabb's sentence under the Habitual Felony Offender Act.

1) Copy of CR 94-5433 (possession of cocaine with intent to sell), Exhibit P;

2) Copy of CR 97-2935 (possession of cocaine with intent to sell), Exhibit Q;

3)    Copy of CR 97-3658 (possession of cocaine with intent to sell), Exhibit R.

Respectfully submitted,

Troy King – KIN047
*Attorney General*
State of Alabama


s/James B. Prude
James B. Prude (PRU005)
Assistant Attorney General

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2008, I electronically filed the foregoing Exhibits with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the foregoing Exhibits to the following non-CM/ECF participants to the address listed on the Department of Corrections' website:  Ruben McNabb, AIS #236182, St. Clair Correctional Facility, 1000 St. Clair Rd, Springville, AL 35146-9790.

s/James B. Prude
James B. Prude (PRU005)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  JPrude@ago.state.al.us

689696/120611-001

Defendant **Ruben M. McNabb** Case Number **CR94-5433** OBTS Number **6138807**

## SENTENCE
### (As to Count **One**)

The defendant, being personally before this Court, accompanied by the defendant's attorney of record, **E. Jewett**, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

(Check one if applicable.)

_____ and the Court having on _____(date)_____ deferred imposition of sentence until this date.

_____ and the Court having previously entered a judgment in this case on _____(date)_____ now resentences the defendant.

_____ and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

**IT IS THE SENTENCE OF THE COURT THAT:**

_____ The defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes, plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

__✓__ The defendant is hereby committed to the custody of the Department of Corrections.

_____ The defendant is hereby committed to the custody of the Sheriff of _____**Orange**_____ County, Florida.

_____ The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

FILED IN OPEN COURT
THIS _____ DAY OF _____March_____, 19 95
Fran Carlton, Clerk
BY _____ D.C.

**TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE.):**

_____ For a term of natural life.

__✓__ For a term of _____**14 mos**_____

_____ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

**If "split" sentence, complete the appropriate paragraph.**   — Exhibit P

_____ Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order entered herein.

_____ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order entered herein.

**In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.**

**CONSECUTIVE/ CONCURRENT** It is further ordered that the sentence imposed for this count shall run _____ Consecutive to _____ Concurrent with (check one) the sentence set forth in count _____ above.

Defendant _Ruben C._ _McNabb_    Case Number _0294-5433_

## SPECIAL PROVISIONS

(As to Count _One_)

By appropriate notation, the following provisions apply to the sentence imposed:

## Mandatory/Minimum Provisions:

**Firearm**
___It is further ordered that the 3-year minimum imprisonment provisions of section 775.087(2), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Firearm**
**(Police Officer Weapon)**
___It is further ordered that the 3-year minimum imprisonment provisions of section 775.0875, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Drug Trafficking**
___It is further ordered that the _____ mandatory minimum imprisonment provisions of section 893.135(1), Florida Statutes, is hereby imposed for the sentence specified in this count.

**Controlled Substance**
**Within 1,000 Feet of School**
___It is further ordered that the 3-year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, is hereby imposed for the sentence specified in this count.

**Habitual Felony Offender**
___The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Habitual Violent**
**Felony Offender**
___The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ year(s) must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

**Law Enforcement**
**Protection Act**
___It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with section 775.0823, Florida Statutes.

**Capital Offense**
___It is further ordered that the defendant shall serve no less than 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

**Short-Barreled Rifle,**
**Shotgun, Machine Gun**
___It is further ordered that the 5-year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

**Continuing**
**Criminal Enterprise**
___It is further ordered that the 25-year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

## Other Provisions:

**Retention of Jurisdiction**
___The court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**Jail Credit**
___It is further ordered that the defendant shall be allowed a total of _129_ days as credit for time incarcerated before imposition of this sentence.

**Prison Credit**
___It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

_23_

Defendant _Ruben McNabb_    Case Number _CR94-5433_

**Other Provisions, continued:**

**Consecutive/Concurrent** _____ It is further ordered that the sentence imposed for this count shall run
**As To Other Counts** (check one) _____ consecutive to _____ concurrent
with the sentence set forth in count _____ of this case.

**Consecutive/Concurrent** ___✓___ It is further ordered that the composite term of all sentences imposed for
**As To Other Convictions** the counts specified in this order shall run
(check one) _____ consecutive to ___✓___ concurrent
with the following:
(check one)

_____ any active sentence being served.

___✓___ specific sentences: _CR93-11635_

_____

_____

_____

In the event the above sentence is to the Department of Corrections, the Sheriff of **ORANGE**
County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at
the facility designated by the department together with a copy of this judgment and sentence and any other
documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of
appeal within 30 days from this date with the clerk of this court and the defendant's right to the assistance
of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends _Work Release_

_____

_____

_____

DONE AND ORDERED in open court at **ORANGE** County, Florida,
this _28_ day of _March_ 19 _95_.

_Michael F. Cycmanick_
Judge

STATE OF FLORIDA, COUNTY OF ORANGE, I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office
LYDIA GARDNER, Clerk Circuit Court

Dated _9-4-07_ By _____ D.C.

Page 3 of 3

X COURT MINUTES ___ ORDER (PLEA/SENTENCING/RELEASE)

IN THE CIRCUIT COURT IN AND FOR ORANGE
COUNTY, FLORIDA

CASE CR94-5433

DIVISION 14

STATE OF FLORIDA
VS
*AKA Rodney Little*

Ruben Corey McNabb

CHARGED WITH: 1) 893.13 (1)(a)
2) 812.009 (2)   M. Cymanick

COURT OPENED AT 3/28/95   HONORABLE B Wall   JUDGE

ASSISTANT PUBLIC DEFENDER ___   ASSISTANT STATE ATTORNEY Ogden

COURT REPORTER S. Wood   COURT DEPUTY D Moore

This case came on this date for X Plea X Sentencing ___ Trial ___ Pre-Trial.

The Defendant was ___ present, ___ not present, X present with Counsel

X Plea of not guilty withdrawn. ___ Defendant tried and found guilty of: X Defendant sworn and pled X Guilty to:

___ Nolo Contendere to: 1) 2) as Char.

___ thru sworn interpreter

___ Defendant reserves right to appeal ___ Adjudication of Guilt withheld, finding of guilt entered.

___ Defendant adjudged guilty. ___ $5.00 C.C., ___ $50.00 C.C.F. ___ $200.00 C.J.T.F. or ___ $50.00 C.J.T.F. (27.3455)

___ P.S.I. ORDERED. It is hereby Ordered that the Department of Corrections submit P.S.I. or a scoresheet of Defendant and deliver a written report of same to the undersigned Judge within two working days before sentencing. STATUS _____.

___ Sentencing set for _____, 19___, at _____.M., Courtroom _____

___ P.S.I. Bond set at _____. ___ P.D.R. ORDERED. ___ P.S.I. waived.

SENTENCING:

___ Adjudication of guilt was withheld, a finding of guilt entered.

X Defendant adjudged guilty. X $5.00 C.C. X $50.00 C.C.F. X $200.00 C.J.T.F. (27.3455) or ___ $50.00 C.J.T.F.

SENTENCE:
1) 14 mos DOC w/C 139 days TS
2) 139 days TS OC

each C+ Conc + Conc w/CR95-11635

___ RELEASE - Defendant is Ordered released from custody as to this case only.

DONE AND ORDERED this _____ day of _____, 19___.

_____
CIRCUIT JUDGE

FILED IN OPEN COURT THIS 28 DAY OF March
FRAN CARLTON, Clerk of the CIRCUIT/COUNTY Courts.
by _____
DEPUTY CLERK in attendance.

Distribution:   Surety/Cash Bond
   Defendant
   Probation/Parole
   Court Deputy
   S.O. on

I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.
LYDIA GARDNER, Clerk Circuit Court
Dated 9-2-08

COURT RECESSED at _____

32-60(B)  (7/94)

_____ Probation Violator

_____ Community Control Violator

_____ Retrial    AKA

_____ Resentence    *Rodney Little*

State of Florida

v.    *Ruben Corey McNabb*

Defendant

In the Circuit Court, **Ninth** Judicial Circuit,

in and for _____ **Orange** _____ County, **Florida**

Division _____

Case Number _____ *CR94-5433*

FILED IN OPEN COURT

THIS ___ DAY OF **March** 19 **95**

Fran Carlton, Clerk

BY _____ D.C.

---

### J U D G M E N T

The defendant, *Ruben C. McNabb*, being personally before this court

represented by *E. Jewett*, the attorney of record, and the state

represented by *C. Ogden*, and having

_____ been tried and found guilty by jury/ by court of the following crime(s)

__✔__ entered a plea of guilty to the following crime(s)

_____ entered a plea of nolo contendere to the following crime(s)

Orange Co FL 5190150
04/05/95  08:06:35am
OR Bk **4875** Pg **586**

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|
| 1 | *Possession of Cocaine with Intent to Sell* | 893.13 (1)(a) 893.03 (2)(a)(4) | F2 | 6138807 |
| 2 | *Trespass after Warning on Property other than Structure or Conveyance* | 810.09 (2) | m1 | (1) |
| | | | | |
| | | | | |
| | | | | |

__✔__ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

_____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch.794) or lewd and lascivious conduct (ch.800) the defendant shall be required to submit blood specimens.

_____ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

State of Florida                AKA Rodney Little

v.

Ruben Corey McNabb

Defendant                                            Case Number _CR945433_

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | | | | |

| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by: D/S _Evelyn C. Brown_    OCSO _Deputy_
                                    Name    3/28/95            Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the
defendant, _Ruben Corey McNabb_ AKA _____, and that they were placed thereon by the defendant
in my presence in open court this date.    Rodney Little

DONE AND ORDERED in open court in _____ ORANGE _____ County, Florida,
this _28_ day of _March_, 19 _75_

_Michael F. Cycmanick_
Judge

STATE OF FLORIDA, COUNTY OF ORANGE I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office

_MEDIA GROUNDS_, Clerk Circuit Court            OR Bk 4875 Pg 587
32-37 (7/92)    Dated _9-4-02_ by _____            Orange Co FL 5190150
                                    D_____ Record Verified - Martha O. Haynie

STATE ATTORNEY OFFICE   Fax:407-836-2330          Feb 10 '04   13:35    P.12

CRIMINAL DIV.
CIRCUIT COURT

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: CR-O-97- 2935 / A

STATE OF FLORIDA,
          Plaintiff,
vs.                                               DIVISION NO: 14

RUBEN COREY MCNABB,
          Defendant.

## JUDGMENT

The defendant, RUBEN COREY MCNABB, being personally before this court represented by M. Solomon, the attorney of record, and the state represented by Division 20, and having entered a plea of guilty to the following crime(s):

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|
| 02 | Posession Of Cocaine With Intent to Sell or Deliver | 89313 1A1 89303 (2)(a)(4) | FS | 0009485158 |

and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

Filed in Open Court this 3rd day of July, 1997.

          **Fran Carlton**
          Clerk of the Circuit and County Courts

          By: M. Foster/H. Young,
          Deputy Clerk in Attendance

                                        — Exhibit D —

RUBEN COREY MCNABB          07/03/97 2:04 PM   Page 1 of 2          CR-O-97- 2935 / A



STATE ATTORNEY OFFICE  Fax:407-836-2330          Feb 10 '04  13:36    P.13

State of Florida ○ ○

Ruben Corey McNabb

Defendant                                          Case Number CP97-2935

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: _____ 7-3-97 _____

Name                                    Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, Ruben Corey McNabb _____, and that they were placed thereon by the defendant in my presence in open court this date.

DONE AND ORDERED in open court in _____ ORANGE _____ County, Florida, this _____ 3 _____ day of _____ July _____, 19 92.

_____ Judge

STATE OF FLORIDA COUNTY OF ORANGE    I HEREBY CERTIFY that the above and foregoing is a true copy of the original on file in this office
_____ Clerk Circuit Court

32-37 (7/92) Dated 6-10-04 _____ D.C.

Page 2 of 2

STATE ATTORNEY OFFICE  Fax:407-836-2330        Feb 10 '04  13:37  P. 14

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: CR-O-97- 2935 / A

DIVISION NO: 14

STATE OF FLORIDA.
    Plaintiff.

vs.

RUBEN COREY MCNABB.
    Defendant.

## Court Minutes / Order (Plea)

Court opened on 07/03/97, with the following officers present:
Honorable Frank N. Kaney, Judge Presiding.
Asst. State Atty.:   Division 20      Court Reporter:   Cindy Colluci
Court Deputy:    R. Drummond

This case came on this day for Plea.  The Defendant was present with counsel.  Counsel's Name: M. Solomon.

**Judgment**
    Counsel for the State filed a Nolle Prosequi in Open Court.

**Plea**
    The Defendant withdrew the previously entered plea of Not Guilty.  The Defendant was sworn and Pled Guilty as charged.

**Judgment**
    Defendant was adjudicated guilty.

**Jail**
    The defendant is ordered to serve 20 Month(s) in the Department of Corrections with credit for 1 Day(s) time served.  All counts on this case to run consecutive to CR94-13987.

**Fines**
    The Defendant is hereby ordered to pay the following amounts: Court Costs: $ 5.00; CCF: $ 50.00; LGCJTF: $ 200.00;

    Court Costs reduced to Judgment

RUBEN COREY MCNABB        07/03/97 2:04 PM   Page 1 of 2        CR-O-97- 2935 / A

STATE ATTORNEY OFFICE  Fax:407-836-2330          Feb 10 '04  13:37      P. 15

Filed in Open Court this 3rd day of July, 1997.

Done and Ordered at Orange County, Florida this 3rd day of July, 1997.

**Fran Carlton**
Clerk of the Circuit and County Courts

By: M. Foster/H. Young.
Deputy Clerk in Attendance

_____
Honorable Frank N. Kaney, Judge Presiding

____ ACS            ____ Dockets          ____ Defendant        ____ Booking      ____ Court Security
____ CFSC           ____ Court Deputy      ____ P&P/Com Cont     ____ Surety            S.O. on ____

____ Other: _____

STATE OF FLORIDA COUNTY OF ORANGE       I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office.
LYDIA GARDNER Clerk Circuit Court
Dated 2-10-04 _____ D.C.

RUBEN COREY MCNABB              07/03/97 2:04 PM   Page 2 of 2              CR-O-97- 2935 / A

STATE ATTORNEY OFFICE   Fax:407-836-2330        Feb 10 '04   13:38    P. 16

Defendant: RUBEN COREY MCNABB        Case Number: CR-O-97-  2935          OBTS Number: 0009485158

## SENTENCE
### (as to Count 02)

The defendant being personally before this court, accompanied by the defendant's attorney of record, M. Solomon, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown.

### IT IS THE SENTENCE OF THE COURT THAT:

The Defendant is hereby committed to the custody of the Department of Corrections.

### TO BE IMPRISONED:

For a term of 20 Month(s).

## PROBATION
### (As to Count 02)

The following provision(s) apply to the sentence imposed:

**Other Provisions:**

Jail Credit                    It is further ordered that the defendant shall be allowed a total of 1 Day(s) as credit for
                               time incarcerated before imposition of this sentence.

RUBEN COREY MCNABB            07/03/97 2:04 PM   Page 1 of 2                    CR-O-97-  2935 / A

Defendant: RUBEN COREY MCNABB                                    Case Number: CR-O-97- 2935

**Consecutive / Concurrent as to**
**Other Convictions**          It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run consecutive to CR94-13987.

In the event the above sentence is to the Department of Corrections, the Sheriff of Orange County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days from this date with the clerk of this court and the defendant's right to assistance of counsel in taking the appeal at the expense of the State on showing of indigence.

Filed in Open Court this 3rd day of July, 1997.        Done and Ordered at Orange County, Florida this 3rd day of July, 1997.

**Fran Carlton**
Clerk of the Circuit and County Courts

By: M. Foster/H. Young.
Deputy Clerk in Attendance

Honorable Frank N. Nancy, Judge Presiding

STATE OF FLORIDA, COUNTY OF ORANGE. I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office. LYDIA GARDNER, Clerk Circuit Court
Dated 2-10-04 By _____ D.C.

RUBEN COREY MCNABB           07/03/97 2:04 PM   Page 2 of 2         CR-O-97- 2935 / A

STATE ATTORNEY OFFICE  Fax:407-836-2330    Feb 10 '04  13:39    P.18

CRIMINAL DIV.
CIRCUIT COURT

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: CR-O-97- 2935 / A

STATE OF FLORIDA.
    Plaintiff.

DIVISION NO: 14

vs.

RUBEN COREY MCNABB.
    Defendant.

Orange Co FL 1997-0843734
07/10/97  08:53:17am
OR Bk 5288 Pg 469

_____/

JUDGMENT

The defendant, RUBEN COREY MCNABB, being personally before this court represented by M. Solomon, the attorney of
record, and the state represented by Division 20, and having entered a plea of guilty to the following crime(s):

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|
| 02 | Possession of Cocaine With intent to Sell or Deliver | 89313 1A1 89303 (2)(a)(4) | FS | 0009485158 |

and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the defendant is hereby
ADJUDICATED GUILTY of the above crime(s).

Filed in Open Court this 3rd day of July, 1997.

**Fran Carlton**
Clerk of the Circuit and County Courts

By: M. Foster/H.Young,
Deputy Clerk in Attendance

RUBEN COREY MCNABB    07/03/97 2:04 PM   Page 1 of 2    CR-O-97- 2935 / A

STATE ATTORNEY OFFICE  Fax:407-836-2330          Feb 10 '04   13:39   P.19

State of Florida

# Ruben Corey McNabb
Defendant

Case Number CPO7-2935

OR Bk 5288 Pg 470
Orange Co FL 1997-0845724

Recorded - Martha O. Haynie

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | | | | |

| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by: _____ Ron S.B. 7-3-97 _____ Deputy Sheriff
                        Name                           Title              CCSO

**I HEREBY CERTIFY** that the above and foregoing are the fingerprints of the
defendant, Ruben Corey McNabb _____, and that they were placed thereon by the defendant
in my presence in open court this date,

DONE AND ORDERED in open court in _____ ORANGE _____ County, Florida,
this _____ 3 _____ day of _____ July _____, 19 97.

_____
Judge

STATE OF FLORIDA
that the above and

I HEREBY CERTIFY
filed in this office
Clerk Circuit Court

Dated 2-10-04

B.C.

32-37 (7/92)

Page 2 of 2

STATE ATTORNEY OFFICE  Fax:407-836-2330          Feb 10 '04   13:34   P.10

CRIMINAL DIV.
CIRCUIT COURT

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: CR-O-97- 3658 / A

DIVISION NO: 14

STATE OF FLORIDA,
     Plaintiff,

vs.

RUBEN COREY MCNABB,
     Defendant.

The defendant, RUBEN COREY MCNABB, being personally before this court represented by Mark Solomon, the attorney of record, and the state represented by Division 20, and having entered a plea of guilty to the following crime(s):

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|
| 01 | Possession of Cocaine With Intent to Sell or Deliver | 89313 1A1 89303 (2)(6)(4) | FS | 0009486267 |

and no cause being shown why the defendant should not be adjudicated guilty. IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

Filed in Open Court this 3rd day of July, 1997.

**Fran Carlton**
Clerk of the Circuit and County Courts

By: M. Foster/H. Young,
Deputy Clerk in Attendance

Exhibit R

RUBEN COREY MCNABB          07/03/97 2:07 PM   Page 1 of 2          CR-O-97- 3658 / A

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: CR-O-97-  3658 / A

DIVISION NO: 14

STATE OF FLORIDA,
Plaintiff,

vs.

RUBEN COREY MCNABB.
Defendant.

STATE OF FLORIDA,
that the above and foregoing

I HEREBY CERTIFY
of the original filed in this office
LYDIA GARDNER, Clerk Circuit Court

Dated 2-10-0 ¥ By

D.C.

**Court Minutes, Order (Plea)**

Court opened on 07/03/97, with the following officers present:
Honorable Frank N. Kaney, Judge Presiding.
Asst. State Atty.:      Division 20                    · Court Reporter:      Cindy Colluci
Court Deputy:          R. Drummond

This case came on this day for Plea . The Defendant was present with counsel. Counsel's Name: Mark Solomon.

**Plea**
The Defendant withdrew the previously entered plea of Not Guilty. The Defendant was sworn and Pled Guilty as charged.

**Judgment**
Defendant was adjudicated guilty.

**Jail**
The defendant is ordered to serve 20 Month(s) in the Department of Corrections with credit for 106 Day(s) time served.   All counts on this case to run concurrent with CR97-2935.

**Fines**
The Defendant is hereby ordered to pay the following amounts:

Court Costs Waived.

Filed in Open Court this 3rd day of July, 1997.        Done and Ordered at Orange County, Florida this 3rd day of
                                                                                     July, 1997.

**Fran Carlton**
Clerk of the Circuit and County Courts

By: M. Foster/H. Young,
Deputy Clerk in Attendance

Honorable Frank N. Kaney, Judge Presiding

RUBEN COREY MCNABB                    07/03/97 2:07 PM   Page 1 of 2                        CR-O-97-  3658 / A

STATE ATTORNEY OFFICE   Fax:407-836-2330          Feb 10 '04   13:33   P.06

Defendant: RUBEN COREY MCNABB       Case Number: CR-O-97- 3658          OBTS Number: 000948626?

## SENTENCE
### (as to Count 01)

The defendant being personally before this court, accompanied by the defendant's attorney of record, Mark Solomon, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

### IT IS THE SENTENCE OF THE COURT THAT:

The Defendant is hereby committed to the custody of the Department of Corrections.

### TO BE IMPRISONED:

For a term of 20 Month(s).

## SPECIAL PROVISIONS
### (As to Count 01)

The following provision(s) apply to the sentence imposed:

### Other Provisions

Jail Credit                       It is further ordered that the defendant shall be allowed a total of 106 Day(s) as credit for time incarcerated before imposition of this sentence.

RUBEN COREY MCNABB          07/03/97 2.07 PM   Page 1 of 2          CR-O-97- 3658 / A

STATE ATTORNEY OFFICE  Fax:407-836-2330          Feb 10 '04  13:34    P.09

Defendant: RUBEN COREY MCNABB                                    Case Number: CR-O-97- 3658

Consecutive / Concurrent as to          It is further ordered that the composite term of all sentences imposed for the counts
Other Convictions                        specified in this order shall run  concurrent with CR97-2935.

     In the event the above sentence is to the Department of Corrections, the Sheriff of Orange County, Florida, is hereby
ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the department together
with a copy of this judgment and sentence and any other documents specified by Florida Statute.

     The defendant in open court was advised of the right to appeal from this sentence by filing notice of appeal within 30 days
from this date with the clerk of this court and the defendant's right to assistance of counsel in taking the appeal at the expense of the
State on showing of indigence.

     Filed in Open Court this 3rd day of July, 1997.          Done and Ordered at Orange County, Florida this 3rd day of
                                                                              July, 1997.

                    **Fran Carlton**
                Clerk of the Circuit and County Courts

              By: M. Foster/H.Young,                          Honorable Frank N. Kaney, Judge Presiding
              Deputy Clerk in Attendance


              STATE OF FLORIDA, COUNTY OF ORANGE    I HEREBY CERTIFY
              that the above and foregoing is a true copy of the original filed in this office
                                              LYDIA GARDNER, Clerk Circuit Court
              Dated 2-10-04                                              D.C.


RUBEN COREY MCNABB          07/03/97 2:07 PM    Page 2 of 2          CR-O-97- 3658 / A

STATE ATTORNEY OFFICE  Fax:407-836-2330          Feb 10 '04  13:35    P.11

State of Florida
v.
RUBEN COREY McNABB                    Case Number  CR 97-3658
Defendant



## FINGERPRINTS OF DEFENDANT

| 1.  Right Thumb | 2.  Right Index | 3.  Right Middle | 4.  Right Ring | 5.  Right Little |
|---|---|---|---|---|
| 6.  Left Thumb | 7.  Left Index | 8.  Left Middle | 9.  Left Ring | 10.  Left Little |

Fingerprints taken by: _____ 7-3-97    _____
                          Name                      Title

   I HEREBY CERTIFY that the above and foregoing are the fingerprints of the
defendant, RUBEN COREY McNABB and that they were placed thereon by the defendant
in my presence in open court this date.

   DONE AND ORDERED in open court in _____ ORANGE _____ County, Florida,
this ___3___ day of _____ 19 97

STATE OF FLORIDA
COUNTY OF ORANGE
that the above and foregoing is a true copy of the original ... in this office
                                    Circuit Court
Dated 2-10-04                                D.C.
32-37 (7/92)

_____ Judge

                        Page 2 of 2